1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **ORDER GRANTING 7-ELEVEN'S MOTION**<br>) **TO DISMISS WITH PREJUDICE NON-OPT**<br>) **OUT PLAINTIFF'S CLAIMS**<br>) |
| *This Document Relates to Cristian Ali v. 7-Eleven Inc.,* 3:22-cv-03240 | ) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>)<br>)<br>) |

[**PROPOSED**] ORDER                                                           CASE NO. 3:19-md-2913-WHO

1    Before the Court is Defendant 7-Eleven, Inc.,'s Motion to Dismiss With Prejudice Non-Opt
2 Out Plaintiff's Claims in the above referenced, consolidated action, *Cristian Ali v. 7-Eleven Inc.*, 3:22-
3 cv-03240.  Having considered the <u>unopposed</u> Motion, and with good cause appearing therefore, the
4 Court hereby GRANTS the Motion and DISMISSES the Complaint filed by plaintiff Cristian Ali with
5 prejudice and hereby ORDERS that the case shall be closed.

IT IS SO ORDERED.

Dated: _May 15, 2025

_____
The Honorable William H. Orrick
United States District Judge